RECEIVED IN
The Court of Appeals
Sixth District

FEB 2 _ 2015

Texarkana, Texas
Debra Autrey, Clerk

Febuary 23, 2015

06-15-00033-CR

Chief Justice
Josh R. Morris III
Court of Appeals
Sixth Appellate District of Texas
Bi-State Justice Building
100 N. State Line Ave #20
Texarkana, Texas 75501

FILED IN
The Court of Appeals
Sixth District

FEB 2 7 2015

Texarkana, Texas
Debra K. Autrey, Clerk

On the date above I have sent the Forms with this Brief in Support for DNA testing under Chapter 64.01 of the Texas Criminal Code. I have filed a Motion and requested Appointment of Counsel with the 402nd Judicial District, Wood County and said motion was Denied in which I have come to Appeal that and have said Motion granted by your Court. Due to the offense I was Charged with if DNA Testing was provided I would'nt be Convicted so under 64.03 I believe DNA testing will prove my Innocence.

## II

I pray that the motion be granted.
I have enclosed a copy of the paperwork from the Court where my motion for DNA testing was Denied. Please file, date, stamp and send me a copy back.
Thank you for your time regarding this matter. Your time is greatly appreciated.

Respectfully Submitted,

Dornell Lamar Lipscomb

Dornell Lamar Lipscomb
#1456044
Estelle Unit
264. Fm. 3428
Huntsville TX 77320



402nd Judicial District Court
Wood County
P.O. Box 1707
G. Timothy Boswell
District Judge

Quitman, Texas 75783
(903) 763-2332

Joy Parker, Court Coordinator
Una Garland, Court Reporter

December 4, 2014

Dornell Lamar Lipscomb
TDCJ #1456044
Estelle Unit
264 FM 3478
Huntsville, TX  77320

RE:    Cause No.  19,261-2006
       State of Texas vs Lipscomb
       Wood County, Texas

Dear Mr. Lipscomb:

    In response to your Request for Appointment of Counsel Pursuant to Article 64, Code of Criminal Procedure, I am enclosing a copy of the Judge's docket entry wherein he denied your request.

                        Very sincerely yours,

                        Joy Parker, Court Coordinator

THE STATE OF TEXAS

vs.

No. 19,261-2006

DORNELL LAMAR LIPSCOMB

# CRIMINAL DOCKET

| DATE OF ORDERS | | | ORDERS OF COURT – CONTINUED | MINUTE BOOK | |
|---|---|---|---|---|---|
| Month | Day | Year | | Vol. | Page |
| 3 | 12 | 07 | Δ / Atty : DIST. Atty : File | | |
| 5 | 17 | 07 | Bl/Slip 4 for Arrest Warrant/Bond set @ $25,000.00 w/cond. #1 | | |
| 8 | 10 | 07 | CR: UNA GARLAND INT: CAROL WASHIN | | |

## REVOCATION OF PROBATION

State and Defendant, with counsel, announced "Ready". State reads aloud Application to Revoke, or said reading is waived. Defendant, after being fully admonished by the Court, enters a plea of (✓"TRUE" to paragraphs _ALL_ of the Application / paragraphs _____ of the Application.

Court accepts Defendant's plea, witnesses sworn, evidence received, arguments heard.

Court finds based on the evidence and pleas before the Court that: (✓ it is "TRUE" that Defendant violated probation as alleged in paragraphs _ALL_ ( ) it is "NOT TRUE" that Defendant violated probation as alleged in paragraphs _____ ( ) the Court makes no findings as to paragraphs _____ _____ of the Application.

(✓ Defendant's probation be and it is hereby REVOKED and the Court proceeds to Final Adjudication of Guilt, and based upon Defendant's previous plea and evidence the court finds Defendant Guilty of the offense charged in the indictment and the Court assesses punishment and penalty at confinement in the Texas Department of Criminal Justice, Institutional Division for _10_ years and a $ ____ fine and court costs, credit for time served and sums paid. Sentence formally pronounced and Defendant informed of rights for appeal. Defendant remanded to custody of Sheriff.

| 8 | 10 | 07 | Δ / Atty : DIST. Atty : File | | |
| 12 | 14 | 14 | The court reviewed Δ's "Request" for Counsel & an Atty & Exp. CCh Pro. Ex | | |

review file & finds: 1) Δ made request; 2) Δ is indigent; 3) The request is not reasonable & DNA tests cannot possibly lead to exoneration is not reasonable ...